Seizure Warrant (Rev. 03/13)

# UNITED STATES DISTRICT COURT
## for the District of Arizona

| | |
|---|---|
| *In the Matter of the Seizure of*<br>*(Briefly describe the property to be seized)*<br><br>Any and all funds in Crypto.com cryptocurrency exchange – Crypto.com account and wallets associated with user ID 551937 and registered under the name of "Javier A VILLASENOR-Medina" and using email address javiervilla52098@gmail.com | Mag. No.   22-07257MB<br><br>CIVIL AND CRIMINAL<br>WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE |

TO:   **Homeland Security Investigations Special Agent Conan C. Beach**, and any authorized law enforcement officer of the United States,

Application and Affidavit having been made before me by affiant Special Agent Conan C. Beach, a federal law enforcement officer, who has reason to believe that certain property is subject to forfeiture to the United States, namely:

**Any and all funds in Crypto.com cryptocurrency exchange – Crypto.com account and wallets associated with user ID 551937 and registered under the name of "Javier A VILLASENOR-Medina" and using email address javiervilla52098@gmail.com,**

which is subject to seizure under Title 18, United States Code, Section 981(b) and Title 21, United States Code, Section 853(f), concerning violations of Title 18, United States Code, Sections, 1341, 1956 and 1957.

I find that the affidavit(s), and/or any recorded testimony, establish probable cause to believe that the property so described is subject to seizure and that grounds exist for the issuance of this seizure warrant, and that an order under Title 21, United States Code, Section 853(e) may not be sufficient to assure the availability of the property for forfeiture.

YOU ARE COMMANDED to execute this warrant and seize the property on or before   May 23, 2022
*(not to exceed 14 days)*

☒   in the daytime 6:00 a.m. to 10:00 p.m.          ☐   at any time in the day or night, as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave a copy of the warrant and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to the United States Magistrate Judge who authorized this warrant.

☐   I find that immediate notification may have an adverse result listed in Title 18, United States Code, Section 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched and seized *(check appropriate box )*   ☒  for  30   days *(not to exceed 30)*.

☐   until, the facts justifying, the later specific date of
_____.

5/9/2022 @ 4:30pm                                                           *[signed]* Jacqueline M. Rateau
*Date & Time Issued*                                                                  *Judge's signature*

Tucson, Arizona                                                            Jacqueline M. Rateau, United States Magistrate Judge
*City and State*                                                                 *Printed name and title*

SEIZURE WARRANT RETURN (REV. 03/13)

# RETURN

Case No.: 22-07257MB

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| | | |

INVENTORY MADE IN THE PRESENCE OF

INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT

# CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
Executing Officer's Signature

_____
Printed Name and Title

# UNITED STATES DISTRICT COURT
## for the District of Arizona

| | |
|---|---|
| *In the Matter of the Seizure of*<br>(Briefly describe the property to be seized)<br><br>Any and all funds in Crypto.com cryptocurrency exchange – Crypto.com account and wallets associated with user ID 551937 and registered under the name of "Javier A VILLASENOR-Medina" and using email address javiervilla52098@gmail.com | Mag. No.  22-07257MB<br><br>APPLICATION AND AFFIDAVIT<br>FOR<br>CIVIL AND CRIMINAL SEIZURE WARRANT |

I, Conan C. Beach, a federal law enforcement officer, request a seizure warrant and state under penalty of perjury that I have reason to believe that certain property is subject to forfeiture to the United States, namely:

**Any and all funds in Crypto.com cryptocurrency exchange – Crypto.com account and wallets associated with user ID 551937 and registered under the name of "Javier A VILLASENOR-Medina" and using email address javiervilla52098@gmail.com,**

which is subject to seizure pursuant to Title 18, United States Code, Section 981(b), and Title 21, United States Code, Section 853(f), concerning violations of Title 18, United States Code, Sections, 1341, 1956 and 1957. The facts to support a finding of probable cause for issuance of a seizure warrant are as follows:

See attached Affidavit incorporated by reference herein.

CONAN C BEACH
Digitally signed by CONAN C BEACH
Date: 2022.05.09 16:02:07 -07'00'

*Applicant's signature*
Conan C. Beach, Special Agent
*Printed name and title*

Sworn to telephonically.

5/9/2022
*Date*

Tucson, Arizona
*City and State*

*Judge's signature*
Jacqueline M. Rateau, United States Magistrate Judge
*Printed name and title*