SEIZURE WARRANT RETURN (REV. 03/13)

# RETURN

Case No.: 22-07257MB

☒ FILED  ☐ LODGED

**Jun 28 2022**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 5/9/2022 | 5/17/2022 4:43 P.M. | |

**INVENTORY MADE IN THE PRESENCE OF**



**INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT**

AUSA Petermann and SA Beach are still working with Crypto.com on technicalities to transfer these proceeds to the U.S. govt. The funds are secured and frozen.

# CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 6/28/2022

_____
Executing Officer's Signature

SA Conan Beach
Printed Name and Title